### JOINER v. TEXHOMA OIL & REFINING CO. (No. 1948.)

(Court of Civil Appeals of Texas. Amarillo. April 12, 1922.)

**Appeal and error ⬦⟞787—Failure to reproduce lost record held to require dismissal.**

Where the record has been lost or destroyed, and no effort has been taken by either party to supply it, though the fact was known to their attorneys, and no briefs are on file, the appeal will be dismissed for want of prosecution.

Appeal from District Court, Wichita County; P. A. Martin, Judge.

Action between A. W. Joiner and the Texhoma Oil & Refining Company. Judgment for the latter, and the former appeals. Appeal dismissed.

Cook, Spencer & Bailey, of Wichita Falls, for appellant.

W. B. Hamilton, of Dallas, and G. R. Pate, of Wichita Falls, for appellee.

BOYCE, J. The record in this case is missing, and it is said has been lost or destroyed. No effort has been taken by either party to supply such record, though such facts were known to the attorneys some time prior to the time the case was set for submission. No briefs are on file.

Under the circumstances, we can do nothing but dismiss the appeal for want of prosecution.